**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Laura Irene Avalos**<br>DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01187MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about October 26, 2025, in the District of Arizona, **Laura Irene Avalos**, knowing or in reckless disregard that certain aliens, including Margarita Juarez-Burgos and Candelaria Ortega-Torres, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.
**COUNT 2 (Misdemeanor)** On or about October 26, 2025, in the District of Arizona, **Laura Irene Avalos**, knowing that certain illegal aliens, including Margarita Juarez-Burgos and Candelaria Ortega-Torres, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 26, 2025, in the District of Arizona (Willcox), at approximately 11:00 p.m., Border Patrol agents (BPAs) were conducting immigration inspections at the State Route 80 (SR-80) Border Patrol Immigration Checkpoint at mile marker 314. Agents had opened the Checkpoint at approximately 10:45 p.m. As BPAs were finishing a vehicle inspection, they noticed the next vehicle, a blue 2020 Infiniti QX60, was further back than where vehicles typically wait when they are next in line. The vehicle approached the primary inspection area after what felt to the BPA as an abnormal amount of time. The BPA observed a driver and several subjects in the vehicle. When asked, the driver, later identified as **Laura Irene Avalos**, stated they were on their way back to Phoenix after visiting family. **Avalos** also stated, when asked, that she was a United States citizen and produced a U.S. passport. None of the other occupants of the vehicle identified themselves or provided identification. The BPA asked **Avalos** to roll down the rear window and she complied. BPAs noticed **Avalos** was wearing a clean evening dress and the passengers were wearing jeans and sweatshirts with hoodies and appeared like they had possibly been walking through the desert, consistent with illegal immigration. Several of the subjects also appeared to be wearing multiple layers of clothing, also consistent with illegal immigration as subjects walking through the desert will wear multiple layers of clothing to keep warm at night. BPAs observed that the passengers were in rigid postures and kept looking down the entire time except for quick glances in the direction of the BPA. The vehicle was sent to secondary for further inspection. In secondary, BPAs conducted an immigration inspection and the six passengers in the vehicle, including Margarita Juarez-Burgos and Candelaria Ortega-Torres, admitted to being Mexican citizens illegally present in the United States. Record checks revealed that Margarita Juarez-Burgos and Candelaria Ortega-Torres does not possess the proper documentation to enter, pass through, or remain in the United States. **Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Margarita Juarez-Burgos and Candelaria Ortega-Torres

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Nick Piccolo |
|---|---|
| Sworn by telephone _X_<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>October 27, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

25-01187MJ

Continued from previous page.

Material witness Margarita Juarez-Burgos stated she is a Mexican citizen and arranged to pay 180,000 Mexican pesos to be smuggled into the United States. Juarez-Burgos stated she and one other individual illegally crossed into the United States by jumping the International Boundary Barrier (IBB) near Nogales, Sonora. She said she was guided via telephone by an unknown individual. She was directed to walk to a house in Nogales, Arizona. She stated that a blue four door SUV then arrived at her location. She described the driver as a female with black hair wearing a red dress. Juarez-Burgos entered the vehicle and sat in the back seat. They then drove for approximately fifteen minutes to a location where they picked up four additional individuals. She stated that the driver that picked her up was the same person who was with her when she was arrested by Border Patrol.

Material witness Candelaria Ortega-Torres stated she is a Mexican citizen and arranged to pay $950 to be smuggled into the United States. She stated she illegally crossed into the United States by jumping the IBB with four other individuals near Agua Prieta, Sonora. She was guided via cellphone to walk in the desert until reaching a highway. She stated her group walked for approximately nine days before arriving at their pick up location, where a dark colored SUV arrived to pick them up. Ortega-Torres described the driver as a female with long hair wearing a red dress and jean jacket. The driver told her group "subsense rapido".